UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CARLTON KNOWLES,

                 Plaintiff,

      -against-                         ORDER

PETER MANNING LLC,                  19 Civ. 2342 (GBD)

                 Defendant.
------------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       May 31, 2019

       JUN 0 3 2019

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge