UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLTON KNOWLES, on behalf of himself and all
others similarly situated,

                  Plaintiff,

-v-

PETER MANNING LLC,

                  Defendant.
-----------------------------------------------------------X

Civil Action No. 19-cv-02342 (GBD)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 2 2019

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, with prejudice, without costs or fees payable to either party. This stipulation may be executed in counterparts and facsimile or electronic execution hereof shall have the same effect and be treated as original.

Dated:    New York, New York
           June, 2019
           July 17

| LEE LITIGATION GROUP, PLLC | RIVKIN RADLER, LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: _____ | By: _____ |
| C.K. Lee, Esq. | Nancy A. Del Pizzo, Esq. |
| 148 W. 24th St., Eighth Floor | 21 Main Street, Court Plaza South |
| New York, New York 10011 | West Wing, Suite 158 |
| (212) 465-1188 | Hackensack, New Jersey 07601 |
| | (201) 287-2460 |

SO ORDERED: _George B. Daniels_
                HON. GEORGE B. DANIELS, U.S.D.J.
Dated: _JUL 2 2 2019_